(1 of 7)

**FILED**
TIME _____
NOV - 7 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

United States District Courts
For Southern District of Ohio
(Eastern Division)

James Williams, IV
2295 Greenway Blvd.
Xenia, Ohio 45385,
Plaintiff,

-vs-

Cheif of Police
Beavercreek Police Dpt.
1388 Research Drive
Beavercreek, Ohio 45432,
Defendant,

And

Beavercreek Police Dpt.
1388 Research Drive
Beavercreek, Ohio 45432,
Defendant,

And

John-Jane Does #1-#10,
Defendant's,

Case 2:22 CV 3931

Judge, JUDGE MARBLEY

Magistrate Judge
Chelsey M. Vascura

Civil Complaint
With Jury Demand
Endorsed Herein

Claims: Negligence, Gross Negligence, Discrimination & Intentional Infliction of Emotional Distress, Dereliction of Duty,

**First Claim For Relief**

(1.) On or about May of 2020 to May 5, 2022, the Plaintiff submits that he

# Inmate Request Form

(One Request per Form)

Inmate Name: _____    Housing Assignment: _____

Date/Time: _____    Bed Number: _____

Please Contact the Following:  ❏ Attorney    ❏ Probation Officer    ❏ Case Worker

Name: _____    Phone Number: _____

Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:    ❏ GED Class    ❏ Inmate Worker    ❏ Switch Jobs

Experience In: ❏ Block Layer ❏ Roofer ❏ Painter ❏ Carpenter ❏ Laundry ❏ Food Service ❏ Janitorial ❏ Floor Worker

Special Skills: _____

Are you sentenced ❏ Yes ❏ No   ❏ Felony   ❏ Misdemeanor   Out Date _____

Bond _____    Detainers ❏ Yes ❏ No   Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance

Reason for Grievance: _____
_____
_____

Supervisor Signature: _____    Date/Time: _____

❏ Other Request(s): _____
_____
_____
_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____    Date/Time: _____

Actions Taken by Staff:  ❏ Email Sent    ❏ Message Left    ❏ Spoke With
_____
_____
_____

Completed By: _____    Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____    Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(2 of 7)

made twenty five plus (25+) 911 calls to Defendants, seeking Officers of Beavercreek Police Dept, to come to his condo at 2685 Cedarbrook Way, Beavercreek, Ohio 45431 to inspect his attic for noise & movement complaints in such "but each & every single one of those times the Defendant Police Dept./its Officers whom the Defendant Chief of Police oversees or is in charge of failed & actually literally refused to inspect attic which in return resulted in a foot falling through said attic in March & April of 2022." Then on May 5, 2022 said negligence of the Beavercreek Police Chief & Beavercreek Police Dept./its Officers resulted in someone dropping or throwing a cigerette butt through said foot hole causing a card board box leaned against wall to be ignited & to catch fire which then caught Plaintiff's blinds/curtains/bedroom on fire, at which time Plaintiff immediately awoke his deaf parents whom resided with him and had his deaf mother call 911 for

# Inmate Request Form

(One Request per Form)

Inmate Name: _____     Housing Assignment: _____

Date/Time: _____     Bed Number: _____

Please Contact the Following:  ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____     Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date_____
Bond _____     Detainers ❑ Yes ❑No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance
   Reason for Grievance: _____
   _____
   _____

Supervisor Signature: _____     Date/Time: _____

❑ Other Request(s): _____
   _____
   _____

* This Section to be completed by Staff Members ONLY *
Receiving Staff: _____     Date/Time: _____

Actions Taken by Staff: ❑ Email Sent   ❑ Message Left   ❑ Spoke With:
_____
_____
_____

Completed By: _____     Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____     Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(3) fire rescue.

(21) As a direct & proximate result of the described events in paragraph #2 above, the Plaintiff, his parents & his (2) dogs sustained mental torture, mental torment, mental anguish-distress, mental injury, pain, suffering, discomfort and so much more. All as a result of "all" named Defendants' actions/inactions which constituted Negligence, Gross Negligence, Discrimination, Dereliction of Duty & Intentional Infliction of Emotional Distress. Defendants had a duty to ensure the attic was inspected and the premises were/are clear & safe but they intentionally refused to do so despite the multiple calls to them with the same complaint with Plaintiff begging them each & every time to inspect attic but they refused and instead chose to not only be Negligent but also by doing so to Intentionally Inflict Emotional Distress upon Plaintiff, his deaf parents & his dogs all while always

# Inmate Request Form

(One Request per Form)

Inmate Name: _____   Housing Assignment: _____

Date/Time: _____   Bed Number: _____

---

Please Contact the Following:   ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____   Phone Number: _____

Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs

Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker

Special Skills: _____

Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date _____

Bond _____   Detainers ❑ Yes ❑ No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance

Reason for Grievance: _____

_____

_____

Supervisor Signature: _____   Date/Time: _____

---

❑ Other Request(s): _____

_____

_____

_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff:   ❑ Email Sent   ❑ Message Left   ❑ Spoke With

_____

_____

_____

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____   Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(4 of 7)

~~blowing Plaintiff off & instead acting like Plaintiff was/is crazy,"~~ Therefore, said Defendants, also jointly, separately, and individually discriminated against the Plaintiff by refusing to inspect or look in his attic which was area complained of over & over again for noise/movement complaints.

3) Conclusion, Plaintiff, his deaf parents & two
2) dogs were forced to not only endure the noise/movements in ceiling or activities in attic (attic) but also the foot falling through ceiling and then the cigerete butt coming through said foot hole & clearly starting the blaze just as claimed by Greene Co. Prosecutors office, by igniting a card board box which then in return ignited Plaintiff's curtains, blinds & bedroom causing May 5, 2022 Condo Fire ~~which they could of prevented had all Defendants jointly, separately & individually inspected attic or seen to it that it was inspected & caught culprit "before" fire."~~

# Inmate Request Form

(One Request per Form)

Inmate Name: _____     Housing Assignment: _____

Date/Time: _____     Bed Number: _____

Please Contact the Following: ❏ Attorney   ❏ Probation Officer   ❏ Case Worker

Name: _____     Phone Number: _____

Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❏ GED Class   ❏ Inmate Worker   ❏ Switch Jobs
Experience In: ❏Block Layer ❏Roofer ❏Painter ❏Carpenter ❏Laundry ❏Food Service ❏Janitorial ❏Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No   ❏ Felony   ❏ Misdemeanor   Out Date _____
Bond _____   Detainers ❏ Yes ❏No   Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
   Reason for Grievance: _____
   _____
   _____

Supervisor Signature: _____     Date/Time: _____

❏ Other Request(s): _____
   _____
   _____
   _____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____     Date/Time: _____

Actions Taken by Staff: ❏ Email Sent   ❏ Message Left   ❏ Spoke With
_____
_____
_____

Completed By: _____     Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____     Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(5 of 7)

Additionally, had Defendants responded to Plaintiff's multiple online request to their department for "Extra Patrols", then, they would of been more likely to have caught culprits "before" they got into attic on May 5, 2022 and caught said fire & ignited said fire with said cigarette butt igniting said cardboard box as also claimed by Greene Co. Prosecutor, as said box being ignited was/is determined to be cause of fire. However, police returned cigarette butt to Plaintiff which they failed to pick up & get DNA testing on during fire investigation which he then personally drove to Reynoldsburg, Ohio Fire marshals office/Academy to request DNA testing on." (See Pictures/Post Regarding such on Plaintiffs Facebook, Fire Marshals Office/ Training Academy Facebook, Beavercreek Police Dept. Facebook, Greene Co. Prosecutors Facebook & Beavercreek Fire Dept. Facebook.) Also, see such post on Freda Williams Facebook.

# Inmate Request Form

(One Request per Form)

Inmate Name: _____  Housing Assignment: _____

Date/Time: _____  Bed Number: _____

Please Contact the Following: ❏ Attorney   ❏ Probation Officer   ❏ Case Worker

Name: _____   Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❏ GED Class    ❏ Inmate Worker    ❏ Switch Jobs
Experience In: ❏Block Layer ❏Roofer ❏Painter ❏Carpenter ❏Laundry ❏Food Service ❏Janitorial ❏Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No   ❏ Felony   ❏ Misdemeanor   Out Date _____
Bond _____   Detainers ❏ Yes ❏No   Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
   Reason for Grievance: _____
   _____
   _____

Supervisor Signature: _____   Date/Time: _____

❏ Other Request(s): _____
_____
_____
_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff: ❏ Email Sent   ❏ Message Left   ❏ Spoke With:
_____
_____

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____   Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

## Prayer For Relief

Wherefore, Plaintiff prays for Judgment in his favor & against "all" named Defendants individually, separately & jointly in excess of $5,000,000.00 for punitive damages, compensatory damages, attorney fees/costs, court fees/costs, mental torture, mental torment, mental injury, mental anguish-distress, pain, suffering, discomfort, property damage in excess of $1,000.00 to curtains, blinds & wall that had to be repainted after being cleaned well with (2) coats of paint, loss of income, loss of earnings ability, loss of enjoyment of life, loss of business, work, past/present/future expected mental health & medical health expenses and any/all other damages, losses & injuries to later be determined by a Jury herein to be appropriate & just.

Respectfully submitted,
James W.D. Williams, IV
James W.D. Williams, IV
(Counsel For Plaintiff)

# Inmate Request Form

(One Request per Form)

Inmate Name: _____   Housing Assignment: _____

Date/Time: _____   Bed Number: _____

Please Contact the Following:  ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____   Phone Number: _____
Information: _____
_____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date _____
Bond _____ Detainers ❑ Yes ❑No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance
   Reason for Grievance: _____
   _____
   _____

Supervisor Signature: _____   Date/Time: _____

❑ Other Request(s): _____
_____
_____

* This Section to be completed by Staff Members ONLY *
Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff:  ❑ Email Sent   ❑ Message Left   ❑ Spoke With
_____
_____
_____

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____ Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

(Certificate of service)

Undersigned certifies a true & accurate copy of the foregoing has been served upon "all" named Defendants individually & separately at 1388 Research Drive, Beavercreek, Ohio 45432 by regular US Mail, postage prepaid, this 3rd day of November, 2022.

Respectfully submitted,
~~James~~ W. D. Williams, FV
James W. D. Williams, FV
(Counsel for Plaintiff)
2295 Greenway Blvd.
Xenia, Ohio 45385
(937)-977-1032 (Direct Cell)
(937)-556-6399 (Home)

# Inmate Request Form

(One Request per Form)

Inmate Name: _____        Housing Assignment: _____

Date/Time: _____          Bed Number: _____

Please Contact the Following:   ❏ Attorney   ❏ Probation Officer   ❏ Case Worker

Name: _____               Phone Number: _____
Information: _____
_____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:    ❏ GED Class    ❏ Inmate Worker    ❏ Switch Jobs
Experience In: ❏Block Layer ❏Roofer ❏Painter ❏Carpenter ❏Laundry ❏Food Service ❏Janitorial ❏Floor Worker
Special Skills: _____
Are you sentenced ❏ Yes ❏ No   ❏ Felony   ❏ Misdemeanor   Out Date _____
Bond _____   Detainers ❏ Yes ❏No   Comments _____

*Continue on Reverse if Necessary*

❏ I Would Like to Request a Grievance
   Reason for Grievance: _____
   _____
   _____

Supervisor Signature: _____        Date/Time: _____

❏ Other Request(s): _____
   _____
   _____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____            Date/Time: _____

Actions Taken by Staff:  ❏ Email Sent   ❏ Message Left   ❏ Spoke With
_____
_____
_____

Completed By: _____              Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____    Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

United States District Courts
For Southern District of Ohio
(Eastern Division)

James Williams, IV, | Case No.: 2:22 CV 393
Plaintiff, | Judge: JUDGE MARBLEY
-Vs- | Magistrate Judge
Cheif of Police | Chelsey M. Vascura
And |
Beavercreek Police Dept., | **PRECIPE**
Defendants |

ATTN: Clerk of Courts

Please file same "Certificate of Trust Acct." & "Application To Proceed In Forma Pauperis" as filed in Williams Vs Hayes, et al, Case # 2:22-cv-03383 in this case for purposes of waiving filing fees herein.

Please is service upon "all" named Defendants, individually & separately by "Personal Service" through "U.S. Marshal" of;

Cheif of Police
Beavercreek Police Dept.
1388 Research Blvd./Drive
Beavercreek, Ohio 45432

Respectfully submitted,
James W. D. Williams, IV
(Counsel For Plaintiff)

(1 of 1)

# Inmate Request Form

(One Request per Form)

Inmate Name: _____   Housing Assignment: _____

Date/Time: _____   Bed Number: _____

Please Contact the Following:  ❑ Attorney   ❑ Probation Officer   ❑ Case Worker

Name: _____   Phone Number: _____
Information: _____

*Staff will only contact your Attorney or Probation Officer one time per week*

I Would Be Interested In:   ❑ GED Class   ❑ Inmate Worker   ❑ Switch Jobs
Experience In: ❑Block Layer ❑Roofer ❑Painter ❑Carpenter ❑Laundry ❑Food Service ❑Janitorial ❑Floor Worker
Special Skills: _____
Are you sentenced ❑ Yes ❑ No   ❑ Felony   ❑ Misdemeanor   Out Date _____
Bond _____   Detainers ❑ Yes ❑ No   Comments _____

*Continue on Reverse if Necessary*

❑ I Would Like to Request a Grievance
Reason for Grievance: _____
_____
_____

Supervisor Signature: _____   Date/Time: _____

❑ Other Request(s): _____
_____
_____

* This Section to be completed by Staff Members ONLY *

Receiving Staff: _____   Date/Time: _____

Actions Taken by Staff:  ❑ Email Sent   ❑ Message Left   ❑ Spoke With
_____
_____
_____

Completed By: _____   Date/Time: _____

* Inmate To Sign form when Request is completed *

Inmate Signature: _____   Date/Time: _____

GCSO Jail Division Form 201 Rev 3 23 April 2014

